UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff,

-against-

ESQEV LLC, a New York limited liability company, d/b/a EMMY SQUARED, and 85 FIRST AVE LLC, a New York limited liability company,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/21/2023_
```

22 Civ. 8408 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 3, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by December 2, 2022. ECF No. 7. On motion of the parties, the Court extended that deadline three times. ECF Nos. 11, 13, 17. The parties were required to file their submissions by February 17, 2023. ECF No. 17. Those submissions are now overdue. Accordingly, by **February 28, 2023**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: February 21, 2023
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge