UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

NAMEL NORRIS,

       Plaintiff,

 -against-           Case No. 1:22-cv-08408-AT

ESQEV LLC, a New York limited liability
company, d/b/a EMMY SQUARED, and
85 FIRST AVE LLC, a New York limited
liability company,

       Defendants.
-------------------------------------------------------X

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

  COME NOW, Plaintiff, NAMEL NORRIS, and Defendants, ESQEV LLC, a New York limited liability company, d/b/a EMMY SQUARED, and 85 FIRST AVE LLC, a New York limited liability company, who, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement, and pursuant to the provisions of Rule 41(a)(l) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned action, with prejudice, with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

  Dated: This 25th day of August, 2023.

By: _____    By: _____
 B. Bradley Weitz, Esq.           Robert J. Ontell, Esq.
 The Weitz Law Firm, P.A.         Ontell & Associates PLLC
 18305 Biscayne Blvd., Suite 214      444 Madison Avenue, Floor 4
 Aventura, Florida 33160         New York, NY 10022
 Telephone: (305) 949-7777        Telephone: (201) 803-3100
 Fax: (305) 704-3877           Email: rob@ontellandassociates.com
 Email: bbw@weitzfirm.com        *Attorneys for Defendants*
 *Attorneys for Plaintiff*

**SO ORDERED:**

_____
Analisa Torres, U.S.D.J.

Dated: _____